Argued and submitted May 27, 1998, appeal dismissed April 14, 1999

MARK D. EAMES,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-04-28696-M; CA A98676)

978 P2d 451

Bob Pangburn argued the cause and filed the brief for appellant.

Christine A. Chute, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Deits,* Chief Judge, and Wollheim, Judge.

PER CURIAM

Appeal dismissed. *Hamel v. Johnson,* 158 Or App 276, 974 P2d 260 (1999); *Jones v. Thompson,* 156 Or App 226, 968 P2d 380 (1998).

_____

* Deits, C. J., *vice* Riggs, P. J., resigned.